AO 91 (Rev 8/01) - Criminal Complaint

# United States District Court

SOUTHERN **DISTRICT OF** TEXAS

McALLEN DIVISION

UNITED STATES OF AMERICA
V.
Wilmer Orlando Reyes-Bardales

**CRIMINAL COMPLAINT**

Case Number: M-19- 0920 -M

IAE  YOB: 1977
Honduras
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __April 22, 2019__ in __Hidalgo__ County, in the __Southern__ District of __Texas__

*(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to Honduras in pursuance of law, and thereafter was found near Los Ebanos, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ (Felony)

I further state that I am a(n) __Senior Patrol Agent__ and that this complaint is based on the following facts:

Wilmer Orlando Reyes-Baradales was encountered by Border Patrol Agents near Los Ebanos, Texas on April 22, 2019. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on April 22, 2019, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on February 26, 2015 through El Paso, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On September 10, 2014, the defendant was convicted of 21 USC 841 Possession With Intent to Distribute Marijuana and sentenced to ten (10) months confinement and two (2) years supervised release term.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Approved by Robert Guerra AUSA

Sworn to before me and subscribed in my presence,

April 24, 2019 -8:28 a.m.

Signature of Complainant
Nicolas Cantu        Senior Patrol Agent

Juan F. Alanis , U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer